AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CANDELA MANAGEMENT**
**GROUP, INC., et al.,**

      **Plaintiffs,**

**vs.**

**THE TACO MAKER, INC, et al.,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-08-1138**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 31, 2010, JUDGMENT is hereby entered TRANSFERRING this case to the United States District Court for the District of Puerto Rico.**

Date: March 31, 2010
JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk